ANTONE LEE V-88797
_Petitioner_

KEN CLARK, WARDEN
_Respondent(s)_

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

C08-1200 PJH

I, ANTONE LEE, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

FILED
E-filing    MAR 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. Are you presently employed? ☐ Yes  ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. __N/A__

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __2-4-03    $10 HR__

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment?  ☐ Yes  ☒ No
    b. Rent payments, interest or dividends?  ☐ Yes  ☒ No
    c. Pensions, annuities or life insurance payments?  ☒ Yes  ☐ No
    d. Gifts or inheritances?  ☐ Yes  ☒ No
    e. Any other sources?  ☒ Yes  ☐ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: __FAMILY $150__

3. Do you own any cash, or do you have money in a checking or savings account? _(Include any funds in prison accounts)_
    ☐ Yes  ☒ No
    If the answer is yes, state the total value of the items owned: __N/A__

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No
    If the answer is yes, describe the property and state its approximate value: __N/A__

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __N/A__

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __2-24-08__    __Antone Ra__(signature)
    Date                          Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __1012.72__ on account to his credit at the __C SATF__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: ____

__FEB 28 2008__    __M Jordan  account Clerk II__
    Date                Authorized Officer of Institution/Title of Officer

```
REPORT ID: TS3030  .701                          REPORT DATE: 02/29/08
                                                 PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SATF/SP AT CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: JUL. 01, 2007 THRU FEB. 29, 2008

ACCOUNT NUMBER : V88797            BED/CELL NUMBER: FCB3T1000000109U
ACCOUNT NAME   : LEE, ANTONE JEROME   ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                            TRUST ACCOUNT ACTIVITY
     TRAN
DATE CODE DESCRIPTION  COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
---- ---- -----------  -------    ---------  --------  -----------  -------

07/01/2007  BEGINNING BALANCE                                         0.00

  ACTIVITY FOR 2008
02/14 D320 TRUST FUNDS T 4140/HDSP             1,072.20               1,072.20
02/21 W536 COPAY CHARGE  4286/37264                          5.00     1,067.20
02/25 W521 FUND RAISER C 4324/KFC                           41.24     1,025.96
02/25 W700 INF SP SURCHA 4324/KFC                            4.12     1,021.84
02/25 W520 MISCELLANEOUS 4324/KFC                            4.12     1,017.72
02/27 W536 COPAY CHARGE  4404/37592                          5.00     1,012.72


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/12/05              CASE NUMBER: *H36257
COUNTY CODE:   *ALA                   FINE AMOUNT: $   1,535.21

  DATE       TRANS.    DESCRIPTION           TRANS. AMT.    BALANCE
  ----       ------    -----------           -----------    -------

07/01/2007             BEGINNING BALANCE                    1,430.51

02/05/08     SU03      SYS UPDATE - POS         15.00-      1,415.51

   * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
   * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                             TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL       TOTAL         CURRENT     HOLDS      TRANSACTIONS
BALANCE       DEPOSITS    WITHDRAWALS   BALANCE     BALANCE    TO BE POSTED
---------     --------    -----------   -------     -------    ------------
   0.00       1,072.20       59.48      1,012.72      0.00         0.00


                                                  CURRENT
                                                  AVAILABLE
                                                  BALANCE
                                                  ---------
                                                  1,012.72
```



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: FEB 28 2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE

```
REPORT ID: TS3030 .701                          REPORT DATE: 02/29/08
                                                        PAGE NO:      1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           HIGH DESERT STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 29, 2008

ACCOUNT NUMBER : V88797                 BED/CELL NUMBER:
ACCOUNT NAME   : LEE, ANTONE JEROME     ACCOUNT TYPE: T
PRIVILEGE GROUP:
                          TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE DESCRIPTION  COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS  BALANCE

08/01/2007  BEGINNING BALANCE                                          2,232.05

08/01 W516 LEGAL COPY CH G417 07/03                          1.70      2,230.35
08/06*W415 CASH WITHDRAW 0499LEE  212048170                850.00      1,380.35
08/13 W502 POSTAGE CHARG 0662 MAIL                           5.66      1,374.69
08/13 W502 POSTAGE CHARG 0662 MAIL                           5.55      1,369.14
08/23*W415 CASH WITHDRAW 0805LEE  212048352                650.00        719.14
08/30 D202 EXEMPT DEPOSI 0919 3551          444.88                     1,164.02
09/26 W415 CASH WITHDRAW 1373COBVEL 212048678                6.00      1,158.02
10/09 W516 LEGAL COPY CH 1518 10/02                          5.00      1,153.02
10/10*DD30 CASH DEPOSIT  1552 3742           22.50                     1,175.52
10/26 W516 LEGAL COPY CH 1914 10/17                          0.90      1,174.62
11/29 W512 LEGAL POSTAGE 2337 11/19                          1.82      1,172.80
11/29 W516 LEGAL COPY CH 2349 11/15                         10.60      1,162.20
12/13 FC01 DRAW-FAC 1    2608 B 2ND                         60.00      1,102.20
  ACTIVITY FOR 2008
01/17 FR01 CANTEEN RETUR 703148                             60.00-     1,162.20
01/17 FC01 DRAW-FAC 1    3178 C 3RD                         90.00      1,072.20
02/04 W610 TRANSFER OF T 3338 SATF 212049705             1,072.20          0.00
02/05*DD34 EFT DEPOSIT Q 3371  EFT           13.50                        13.50
02/21 FR01 CANTEEN RETUR 703564                             90.00-       103.50

                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/12/05                  CASE NUMBER: *H36257
COUNTY CODE:   *ALA                       FINE AMOUNT: $   1,535.21

DATE    TRANS.  DESCRIPTION                TRANS. AMT.    BALANCE

08/01/2007  BEGINNING BALANCE                             1,455.51

10/10/07  DR30   REST DED-CASH DEPOSIT         25.00-     1,430.51
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
                                2/29/08
BY_____
       TRUST OFFICE

REPORT ID: TS3030 .701                                       REPORT DATE: 02/29/08
                                                             PAGE NO:         2

                              HIGH DESERT STATE PRISON
                              INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 29, 2008

ACCT: U38797     ACCT NAME: LEE, ANTONE JEROME          ACCT TYPE: T

                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/12/05                     CASE NUMBER: *H36257
COUNTY CODE: *ALA                            FINE AMOUNT: $  1,535.21

DATE      TRANS.   DESCRIPTION                    TRANS. AMT.    BALANCE
--------  ------   ------------------------       -----------    ----------
02/05/08  BR34     REST DED-EFT DEPOSIT              15.00-      1,415.51

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                              TRUST ACCOUNT SUMMARY

| BEGINNING | TOTAL    | TOTAL       | CURRENT  | HOLDS   | TRANSACTIONS  |
| BALANCE   | DEPOSITS | WITHDRAWALS | BALANCE  | BALANCE | TO BE POSTED  |
|-----------|----------|-------------|----------|---------|---------------|
| 2,232.05  | 480.88   | 2,609.43    | 103.50   | 0.00    | 0.00          |

                                                   CURRENT
                                                   AVAILABLE
                                                   BALANCE
                                                   ----------
                                                   103.50

ANTONE LEE V-88797
SATF CORCORAN
P.O. BOX 5244 C-3-109
CORCORAN CA. 93212

BAKERSFIELD CA 933
MOJAVE CA
11 MAR 2008 PM 3 T



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102-3483

9410243861 C004