FILED E-filing

MAY 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4-7-08

OFFICE OF THE CLERK

4-18-08 A TRUST WITHDRAWAL WAS SUBMITTED TO ACCOUNTING AT THIS INSTITUTION. THEN AGAIN ON THE 24TH. I'M SURE YOU SHOULD OF RECEIVED A $5.00 FILING FEE FOR CASE # CV-01200-PJH. ON THIS DATE I HAVE SUBMITTED A REQUEST INQUIRING WHY PAYMENT HAS NOT ARRIVED TO THIS COURT.

THANK YOU
SINCERELY
Antone Lee

RECEIVED
MAY 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CSATF/STATE PRISON AT CORCORAN
P.O. 5244
CORCORAN, CA 93212
NAME AUTONE LEE
NUMBER V-98797
HOUSING C-3-109

**STATE PRISON**
**GENERATED MAIL**

OFFICE OF THE CLERK
U.S DISTRICT COURT
NORTHERN DISTRICT OF CA.
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102

9410203661 0034

02 1A
000433 1204
MAILED FROM ZIP CODE 93212
MAY 08 2008
$ 00.41⁰
PITNEY BOWES
UNITED STATES POSTAGE