**FILED**

MAY 23 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
MAY 23 PM 2:26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAY, 20, 2008

E-filing

TO THE CLERK OF THE COURT

    THIS LETTER IS WRITTEN, IN REGARDS TO THE, PRO SE PETITION FOR A WRIT OF HABEAS CORPUS. CASE NUMBER (C 08-1200 PJH (PR).) TODAY I RECEIVED NEWS FROM THIS INSTITUTION'S TRUST ACCOUNTING DEPARTMENT, THE FIVE-DOLLAR FILING FEE WAS NOT SENT OUT BEFORE THE THIRTY DAY DEAD-LINE WHICH WAS MAY, 11, 08. THIS WAS OF NO FAULT OF MY OWN. A TRUST WITHDRAWAL WAS SUBMITTED ON THE 18TH AND THEN AGAIN ON THE 24TH OF APRIL. ONCE I RECEIVED THE NOTICE FROM THIS COURT, THAT THE AMOUNT OF $5.00 WAS DUE. IMMEDIATELY A INSTITUTION REQUEST WAS SUBMITTED INQUIRING ABOUT THE WITHDRAWAL. I HAVE ENCLOSED THAT REQUEST, TO GIVE YOU AN IDEA TO WHAT I'M SAYING IS TRUE. I PRAY MY PETITION HAS NOT BEEN DISMISSED. BUT IF SO, WHAT CAN BE DONE TO GET BACK ON THE DOCKET? AGAIN THIS WAS OUT OF MY CONTROL. I HAVE ENCLOSED A S.A.S.E FOR YOUR REPLY AND THE ENCLOSED REQUEST. THANK YOU VERY MUCH VERY FOR YOUR TIME AND PATIENCE.

                                    SINCERELY
                                    Antone Lee

ANTONE LEE V-88797
S.A.T.F CORCORAN
P.O.B 5244  C-3-109
CORCORAN CA 93212

**STATE OF CALIFORNIA**
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

**DEPARTMENT OF CORRECTIONS**

DATE: 5-7-08

CDC NUMBER: V-88797

HOUSING: C-3

BED NUMBER: 109

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.): School

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

A TRUST WITHDRAWAL WAS SUBMITTED MID APRIL FOR $5.00 TO THE UNITED STATES DISTRICT COURT. I HAVE JUST RECEIVED NOTICE OF PAYMENT DUE, WHICH I HAVE ENCLOSED. WILL YOU PLEASE SEND ME A COPY OF MY ACCOUNT ALONG WITH NOTICE? THANK YOU FOR YOUR TIME.

---

INTERVIEWED BY: [signature]

DATE: 5/9/08

DISPOSITION: All done! The check will be mailed tomorrow.

SATF/STATE PRISON AT CORCORAN
P.O. 5244
CORCORAN, CA 93212
NAME Antone Lee
NUMBER V-88797
HOUSING C-3-109

**STATE PRISON GENERATED MAIL**

ATTN: Clerk of the Court
US District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco CA 94102-9680

9410812601 0004



02 1A
0004331204
MAILED FROM ZIPCODE 93212
$ 00.42⁰
MAY 21 2008
PITNEY BOWES
UNITED STATES POSTAGE