```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611019584
Cashier ID: almaceh
Transaction Date: 05/28/2008
Payer Name: Bill Lockyer, Treasurer
-----------------------------------
WRIT OF HABEAS CORPUS
 For: A J LEE
 Case/Party: D-CAN-3-08-CV-001200-001
 Amount:      $5.00
-----------------------------------
CHECK
 Check/Money Order Num: 048655
 Amt Tendered:  $5.00
-----------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA



RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

# FIRST NOTICE OF PAYMENT DUE

Antone J. Lee
V-88797     C-3-109
S.A.T.F. Corcoran SP
P.O. Box 5244
Corcoran, CA 93212

E-filing

**Notice Date**
04/29/2008

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied and the filing fee is now due.

### This fee is due for the following case:

**Case Title: Lee v. Clark**

| Case Number | Case Filing Date | Fee Due Date | Amount Owed |
|---|---|---|---|
| 3:08-cv-01200-PJH | 02/28/2008 | 04/11/2008 | $5.00 |

Please immediately send a check for $5.00 to the following address:

**United States District Court**
**450 Golden Gate Avenue, 16th Floor**
**San Francisco, CA 94102**

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.   Total amount due: $5.00**



ANTONE LEE V-98897
SATF CORORAN II
P.O.B 5244 C-3-109
CORCORAN CA 93212

BAKERSFIELD CA 933
MOJAVE CA
22 MAY 2008 PM 3 L

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA, 94102-3483

94102+3483