1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ERIC D. SHARE, State Bar No. 151230
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone: (415) 703-1375
     Fax: (415) 703-1234
8    Email: Eric.Share@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONE LEE,<br><br>    Petitioner,<br><br>v.<br><br>KEN CLARK, Warden,<br><br>    Respondent. | C 08-1200 PJH (PR)<br><br>**APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

Pursuant to United States District Court for the Northern District of California local rules 6-1 and 6-3, and for the reasons stated in the accompanying declaration of Eric D. Share, respondent hereby requests a 60-day enlargement of time, to and including, August 9, 2008, to file its responsive pleading to the Petition for Writ of Habeas Corpus.

Counsel for respondent has not contacted petitioner regarding this request because petitioner is in custody and not represented by counsel.

APPLICATION FOR ENLARGEMENT OF TIME TO FILE                           Antone Lee v. Ken Clark, Warden
ANSWER TO PETITION FOR PETITION FOR WRIT OF HABEAS CORPUS             C 08-1200 PJH  (pr)

1

1   WHEREFORE, respondent respectfully requests that this Court grant an enlargement
2   of time, to and including August 9, 2008, in which to file a responsive pleading to petitioner's
3   Petition for Writ of Habeas Corpus.
4   Dated: June 4, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE.
Chief Assistant Attorney General

GERALD A. ENGLER.
Senior Assistant Attorney General

PEGGY S. RUFFRA.
Supervising Deputy Attorney General

*/s/ Eric D. Share*

ERIC D. SHARE
Deputy Attorney General
Attorneys for Respondent

20114796.wpd
SF2008401294

APPLICATION FOR ENLARGEMENT OF TIME TO FILE                    *Antone Lee v. Ken Clark, Warden*
ANSWER TO PETITION FOR PETITION FOR WRIT OF HABEAS CORPUS       C 08-1200 PJH  (pr)

2