EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ERIC D. SHARE, State Bar No. 151230
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-1375
 Fax: (415) 703-1234
 Email: Eric.Share@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONE LEE,<br><br>                              Petitioner,<br><br>    v.<br><br>KEN CLARK, Warden,<br><br>                              Respondent. | C 08-1200 PJH (PR)<br><br>DECLARATION OF ERIC D. SHARE IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS |

I, ERIC D. SHARE, declare under penalty of perjury as follows:

I am the California Deputy Attorney General assigned to represent respondent in this habeas corpus case. This Court issued an Order to Show Cause on April 11, 2008, and a responsive pleading is due on June 10 2008. I request an enlargement of time of 60 days, to and including August 9, 2008, to file a responsive pleading for the following reasons:

1 | Our office received the Order to Show Cause on April 17, 2008, and I personally received it a few days later. Since receiving this Court's order, I have gathered the state court records that I believe I will need to respond to the Petition for Writ of Habeas Corpus.

Also since receiving this Court's order, I have been occupied preparing pleadings in several other matters assigned to me. Specifically, I have filed Respondent's Briefs in three California state appellate court cases—*People v. Telea* (A110926), *People v. Tran* (A119497), and *People v. Krukow* (A118320). I am currently working on several other California state appellate court cases, including *People v. Schmeir* (H031991), due June 11, 2008, *People v. Rogers* (H032324), due June 16, 2008, and *People v. Greer* (A118801), due July 9, 2008.

Because of the responsibilities listed above, I have been unable to prepare a responsive pleading in this case in the currently allotted time.

I have not attempted to contact petition regarding this application because petitioner is in custody and not represented by counsel.

Accordingly, I respectfully request that this Court grant respondent an enlargement of time of 60 days, to and including, August 9, 2008, in which to file its responsive pleading.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at San Francisco, California on June 4, 2008.

*/s/ Eric D. Share*
ERIC D. SHARE
Deputy Attorney General
Attorneys for Respondent

20114812.wpd
SF2008401294

DECL. OF ERIC D. SHARE IN SUPPORT OF APPL. FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PET. FOR WRIT OF HABEAS CORPUS

*Antone Lee v. Ken Clark, Warden*
C 08-1200 PJH (pr)

2