1

2

3

4

·5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONE LEE,<br><br>                                        Petitioner,<br><br>        v.<br><br>KEN CLARK, Warden,<br><br>                                        Respondent. | C 08-1200 PJH (PR)<br><br>**[PROPOSED] ORDER** |

11

12

13

14

15

16

17        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent may have

18    until August 9, 2008, to answer or file another pleading responsive to the Petition for Writ of Habeas

19    Corpus.  If petitioner wishes to respond to an answer, he shall do so by filing a traverse with the

20    Court and serving it on respondent within thirty days of his receipt of the answer.  If respondent files

21    a motion to dismiss on procedural grounds in lieu of an answer, petitioner shall file with the Court

22    an opposition or statement of non-opposition within thirty days of receipt of the motion.  Respondent

23    shall file with the Court and serve on petitioner a reply within fifteen days of receipt of any

24    opposition.

25

26    Dated: _____        _____

27                                           The Honorable Phyllis J. Hamilton
                                             United States District Judge

28

[Proposed] Order                                                       Case No. C08-1200 PJH (PR)

1