IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONE LEE,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>KEN CLARK, Warden,<br><br>　　　　　　　　　　Respondent. | C 08-1200 PJH (PR)<br><br>[PROPOSED] ORDER |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent may have until August 9, 2008, to answer or file another pleading responsive to the Petition for Writ of Habeas Corpus. If petitioner wishes to respond to an answer, he shall do so by filing a traverse with the Court and serving it on respondent within thirty days of his receipt of the answer. If respondent files a motion to dismiss on procedural grounds in lieu of an answer, petitioner shall file with the Court an opposition or statement of non-opposition within thirty days of receipt of the motion. Respondent shall file with the Court and serve on petitioner a reply within fifteen days of receipt of any opposition.

Dated: __6/6/08__

_____
The Honorable Phyllis J. Hamilton
United States District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[Proposed] Order

Case No. C 08-1200 PJH (PR)

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTONE LEE,

        Plaintiff,

  v.

KEN CLARK et al,

        Defendant.

Case Number: CV08-01200 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antone J. Lee V-88797
S.A.T.F. Corcoran State Prison
C-3-109
P.O. Box 5244
Corcoran, CA 93212

Dated: June 6, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk