```
Antone J. Lee V-88797
S.A.T.F Corcoran State Prison
P.O. Box 5244 C3-109
Corcoran CA. 93212

Petitioner, In Pro Per.
```

FILED
08 JUN 16 PM 1:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONE J. LEE, <br><br> Petitioner, <br><br> V. <br><br> KEN CLARK, WARDEN, <br><br> Respondent. | No. C 08-1200 PJH (PR) <br><br> MOTION TO REQUEST APPOINTMENT OF COUNSEL FOR PETITIONER |

Petitioner Antone J. Lee, appearing in pro per. Petitioner hereby request that this District Court issue a appointment of counsel.

Upon issuing an order to show cause, the court must appoint counsel for any unrepresented petitioner who desires but cannot afford counsel.

Petitioner has contacted respondent regarding this request by U.S. mail.

1

1  WHEREFORE, PETITIONER RESPECTFULLY REQUEST THAT THIS
2  COURT GRANT AN APPOINTMENT OF COUNSEL, IN WHICH PETITIONER
3  CAN FILE A RESPONSIVE PLEADING TO RESPONDENT'S ANSWER
4  DATED. JUNE 11, 2008

RESPECTFULLY SUBMITTED

*Antone J. Lee*

ANTONE J. LEE

IN PRO PER.

2

ANTOINE LEE V-85797
SATF CORCORAN S.P.
PO BOX 5244 C-3-109
CORCORAN CA 93212

LEGAL MAIL

TO: OFFICE OF THE CLERK
US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
456 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102




