```
1  ANTONE J. LEE, V-88797
   S.A.T.F CORCORAN STATE PRISON
2  P.O. BOX 5244 C3-109
3  CORCORAN CA. 93212

4  PETITIONER, IN PRO PER
```


FILED
08 JUN 16 PM 1:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ANTONE J. LEE, | No. C 08-1200 PJH (PR) |
|---|---|
| PETITIONER, | DECLARATION OF ANTONE J. LEE, IN SUPPORT OF MOTION FOR THE REQUEST OF APPOINTMENT OF COUNSEL |
| V. | |
| KEN CLARK, WARDEN, | |
| RESPONDENT. | |

I, ANTONE J. LEE, DECLARE UNDER PENALTY OF PERJURY AS FOLLOWS:

THIS COURT ISSUED AN ORDER TO SHOW CAUSE ON APRIL 11, 2008. A REQUEST BY RESPONDENT FOR ENLARGEMENT OF TIME, WAS GRANTED. RESPONDENT'S ANSWER TO PETITIONER'S WRIT OF HABEAS CORPUS, IS NOW DUE ON AUGUST 9, 2008. I HEREBY REQUEST THIS COURT TO APPOINT PETITIONER COUNSEL, FOR THE FOLLOWING REASONS:

PETITIONER DESIRES TO BE REPRESENTED BY COUNSEL IN THE SUBSEQUENT PROCEEDING AND OUT OF THE FUNDAMENTAL

1

1  FAIRNESS TO FILE A RESPONSIVE TRAVERSE, TO RESPONDENTS ANSEWER
2      IT IS STATED THAT UPON ISSUING AN ORDER TO SHOW
3  CAUSE, THE COURT MUST APPOINT COUNSEL FOR ANY UNREPRESENTED
4  PETITIONER WHO DESIRES BUT CANNOT AFFORD COUNSEL (IN re
5  CLARK (1993) 5 CAL. 4TH 750, 780) AND (PEOPLE V. SHIPMAN (1965) 62
6  CAL. 2d 226, 231-232.
7      MOREOVER, SINCE RECEIVING THIS COURT'S ORDER, I
8  HAVE BEEN UNABLE TO OBTAIN PHYSICAL ACCESS TO THIS
9  PRISONS LAW LIBRARY. DILIGENTLY PREPARING AND PROPERLY
10 RESEARCHING FOR THE FUTURE PROCEEDINGS WILL BE EXTREMLY
11 ARDUOUS. GAINING ACCESS TO LEGAL MATERIAL IS LIMITED TO
12 A NON PRIORITY PRISONER. PETITIONER HAS YET TO BECOME A
13 PRIORITY LEGAL USER (PLU).
14      BECAUSE OF THE RESPONSIBILITIES AND OBSTACLES
15 LISTED ABOVE, PETITIONER REQUEST THIS COURT TO EXERCISE ITS
16 DISCRETION, AND JURIDICAL POWER TO GRANT PETITIONERS MOTION
17 FOR THE APPOINTMENT OF COUNSEL.
18      I HAVE CONTACTED RESPONDENT REGARDING THIS
19 MOTION BY U.S. MAIL.
20      I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS
21 OF THE STATE OF CALIFORNIA AND THE UNITED STATES OF
22 AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.
23 DATED. JUNE 11, 2008

                                    *Antone J. Lee* (signature)
                                    ANTONE J. LEE,
                                        IN PRO PER.

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONE J. LEE,

    PETITIONER,

v.

KEN CLARK, WARDEN,

    RESPONDENT,

No. C 08-1200 PJH (PR)

DECLARATION OF SERVICE BY U.S. MAIL

I, ANTONE J. LEE HEREBY CERTIFY THAT I AM A PARTY TO THE MATTER.

ON JUNE 11, 2008, I SERVED ORIGINAL AND COPY OF THE ATTACHED:

MOTION TO REQUEST APPOINTMENT OF COUNSEL FOR PETITIONER;
DECLARATION OF ANTONE J. LEE, IN SUPPORT OF MOTION FOR THE REQUEST OF APPOINTMENT OF COUNSEL;
BY PLACING A TRUE AND CORRECT COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S) HEREINAFTER LISTED, IN THE INTERNAL PRISON MAIL COLLECTION SYSTEM AT, S.A.T.F CORCORAN STATE PRISON, TO FOLLOWING:

OFFICE OF THE CLERK
US. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

OFFICE OF THE ATTORNEY GENERAL
455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CALIFORNIA 94102-3664

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON THIS DATE JUNE 11, 2008.

                                                            /s/ Antone J. Lee
                                                            ANTONE J. LEE,
                                                                IN PRO PER.