No. C 08-1200 PJH (PR)

**FILED**

7-29-08

AUG 06 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO THE CLERK OF THE COURT

THIS LETTER IS IN REGARD TO A MOTION, THAT WAS SENT TO THIS COURT. THE MOTION WAS AN APPLICATION REQUESTING THE APPOINTMENT OF COUNSEL. THIS MOTION WAS SUBMITTED ON JUNE, 11TH, 2008. TO THIS DATE I HAVE NOT RECEIVED A REPLY, ANSWER NOR CONFIRMATION MOTION WAS RECEIVED. WILL YOU PLEASE INFORM ME, IF & WHEN THE MOTION WILL BE HEARD, OR WHERE ON THE DOCKET MOTION IS LOCATED.

THANK YOU.

*Antone J. Lee*

ANTONE J. LEE V-88797
S.A.T.F CORCORAN II
P.O. BOX 5246 C3-109
CORCORAN CA 93212

CSATE/STATE PRISON AT CORCORAN
P.O. 5246
CORCORAN, CA 93212
NAME Antone Lee
NUMBER V88797
HOUSING C3-109

CSATF
STATE PRISON

**STATE PRISON
GENERATED MAIL**

To The Clerk of the Court
United States District Court
450 Golden Gate Ave
San Francisco, CA 94102

94102386614 C004



02 1M
0004249669
MAILED FROM ZIP CODE 93212
$ 00.42⁰
AUG 04 2008
PITNEY BOWES
UNITED STATES POSTAGE