ANTONE J. LEE V·88797
S.A.T.F CORCORAN II
P.O.BOX 5246  C3-109
CORCORAN CA. 93212

FILED

08 AUG -6  PH 12: 33

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Pro Per

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONE J. LEE                    )
                                 )
              Petitioner,        )
                                 )    Case Number: COB-1200 PJH (PR)
v.                               )
                                 )    NOTICE OF MOTION AND MOTION
                                 )    FOR EXTENSION OF TIME
DERRAL G. ADAMS. WARDEN          )
                                 )    (Pursuant to local Rules 6-1&6-3)
              Respondent.        )

Petitioner hereby applies to the above entitled court for an
Order extending the time for THE REASONS STATED BELOW. PETITIONER
HEREBY REQUEST A 60-DAY ENLARGEMENT OF TIME.

Good cause for said Extension of Time being:

I, ANTONE J. LEE, DECLARE UNDER PENALTY OF PERJURY AS
Follows; I AM THE PETITIONER, IN. PRO PER. JULY 10, 2008 I RECEIVED
RESPONDENT'S ANSWER, TO THE PETITION FOR WRIT OF HABEAS
CORPUS AND ORDER TO SHOW CAUSE. SINCE RECEIVING ANSWER
I HAVE BEEN UNABLE TO OBTAIN PHYSICAL ACCESS TO LAW
LIBRARY. DO TO A PRISON MELEE. WHICH HAS PLACED THIS YARD
(C) ON LOCKDOWN. BECAUSE OF THE SITUATION LISTED ABOVE. I

1  HAVE BEEN UNABLE TO PREPARE A RESPONSIVE, TRAVERSE, IN THE
2  CURRENTLY ALLOTTED TIME.

3      ACCORDINGLY, I RESPECTFULLY REQUEST THAT THIS COURT
4  GRANT PETITIONER AN ENLARGEMENT OF TIME OF 60 DAYS, TO
5  AND INCLUDING, SEPTEMBER 10, 2008 IN WHICH TO FILE ITS TRAVERSE.

6      I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF
7  THE THE STATE OF CALIFORNIA AND THE UNITED STATES OF
8  AMERICA THAT THE FORGOING IS TRUE AND CORRECT. EXECUTED
9  AT CORCORAN STATE PRISON, CALIFORNIA ON JULY 30, 2008.

10

11                               Antone J. Lee

12                               ANTONE J. LEE
                             PETITIONER IN.PRO PER.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3
4   ANTONE J. LEE
5              PETITIONER.
6         V.
7   DERRAL G. ADAMS, WARDEN,
8              RESPONDENT,
9   _____/   NO. C 08-1200 PJH (PR)
10
11                         PROOF OF SERVICE
12      I HEREBY CERTIFY THAT ON JULY 30, 2008, I SERVED A
13  COPY OF THE ATTACHED, APPLICATION FOR ENLARGEMENT OF TIME,
14  BY PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE
15  PERSON(S) HEREINAFTER LISTED, BY DEPOSITING SAID ENVELOPE IN
16  THE UNITED STATES MAIL AT CORCORAN STATE PRISON:
17
18  UNITED STATES DISTRICT COURT    ERIC D. SHARE
    NORTHERN DISTRICT OF CALIFORNIA  DEPUTY ATTORNEY GENERAL
19  450 GOLDEN GATE AVENUE          455 GOLDEN GATE AVE. SUITE 11000
20  SAN FRANCISCO, CALIFORNIA        SAN FRANCISCO, CA 94102-7004
              94102-3483.
21
22
23
24
25      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING
26  IS TRUE AND CORRECT.
27
28                         Antone J. Lee




ANTIONE J. LEE V-22171
S.A.T.F. CORCORAN II
P.O. BOX 5246 C3-109
CORCORAN CA 93212

PJH

To THE CLERK OF THE COURT
UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVENUE
SAN FRANCISCO CA 94102 3483

LEGAL MAIL

Nf 7-31-08