United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONE LEE,<br><br>          Petitioner,<br><br>  vs.<br><br>KEN CLARK, Warden,<br><br>          Respondent.<br>_____ / | No. C 08-1200 PJH (PR)<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE** |

      This is a habeas case filed pro se by a state prisoner. Petitioner has moved for appointment of counsel and for an extension of time to file his traverse.

      The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes appointment of counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation."

      Petitioner has presented his claims adequately in the petition, and they are not particularly complex. The interests of justice do not require appointment of counsel. The motion for appointment of counsel (document number 13 on the docket) is **DENIED**.

      Petitioner's motion for an extension of time to file his traverse (document number 17 on the docket) is **GRANTED**. The traverse, if petitioner wishes to file one, shall be filed within thirty days of the date this order is entered.

      **IT IS SO ORDERED.**

Dated: August 14, 2008.

                                                    PHYLLIS J. HAMILTON<br>                                                    United States District Judge

G:\PRO-SE\PJH\HC.08\LEE1200.EXT-P.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTONE LEE,

         Plaintiff,

  v.

KEN CLARK et al,

         Defendant.

Case Number: CV08-01200 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antone J. Lee V-88797
S.A.T.F. Corcoran State Prison
C-3-109
P.O. Box 5244
Corcoran, CA 93212

Dated: August 14, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk